**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> Dismissal with prejudice acknowledged.
> JRS, DJ, 5/14/2021
> Distribution to all parties of record via CM/ECF.

| | |
|---|---|
| JAMES R. STANBROUGH, ANGELA M. HOLMES, and CARRIE L. BENNETT | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:20-CV-00160-JRS-DML ) |
| THOMAS STOUGHTON, INDIANA VIRTUAL EDUCATION FOUNDATION, INC., INDIANA VIRTUAL PATHWAYS ACADEMY, INC., INDIANA VIRTUAL, LLC ALPHACOM, INC., and EIGHTBIT DESIGNS LLC d/b/a BITLOFT | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Plaintiffs, James R. Stanbrough, Angela M. Holmes, and Carrie Bennett (hereinafter "Plaintiffs") and Defendants Thomas Stoughton, Indiana Virtual Education Foundation, Inc., Indiana Virtual Pathways Academy, Inc., Indiana Virtual, LLC, Alphacom, Inc., and Eighbit Designs LLC d/b/a BITLOFT (hereinafter "Defendants"), all by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and file this joint stipulation of the above captioned matter, each party bearing its own costs and attorney's fees.

Respectfully submitted,

/s/Robert J. Hunt
Robert J. Hunt (30686-49)
The Law Office of Robert J. Hunt, LLC

/s/William J. Brinkerhoff
William J. Brinkerhoff
Kimberly D. Jeselskis